[No. 67432-3-I.   Division One.   October 3, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES CALVIN PETERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-04506-4, Bryan E. Chushcoff, J., entered April 9, 2010. *Reversed* by unpublished opinion per Spearman, J., concurred in by Becker and Cox, JJ.

[No. 40020-1-II.   Division Two.   October 4, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN R. BOWEN, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 08-1-00465-1, Amber L. Finlay, J., entered November 16, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, A.C.J., and Van Deren, J.

[No. 40170-3-II.   Division Two.   October 4, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADLEY ALAN GRUBHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 09-1-01001-1, Russell W. Hartman, J., entered December 9, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, C.J., and Worswick, J.

[No. 40328-5-II.   Division Two.   October 4, 2011.]

TERRENCE BREWSTER, *Appellant*, v. KING COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-15121-8, Susan Serko, J., entered January 22, 2010. *Reversed* and *remanded* by unpublished opinion per Johanson, J., concurred in by Penoyar, C.J., and Van Deren, J.